# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

August 9, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021
```

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, New York 10201

Re:   *Zharkov v. Forbes Media LLC,* 1:21-cv-04292 (MKV)

Dear Judge Vyskocil:

We represent Plaintiff Boris Zharkov in the above-captioned case and write to respectfully request a 30-day extension to file a Stipulation of Dismissal or otherwise restore the case to the Court's docket.

The original deadline to file the stipulation of dismissal is August 12, 2021. [Dkt. No. 18] This is the first request for an extension and no previous requests have been granted or denied. The parties are seeking additional time because, despite best efforts, were not able to consummate the transaction by the original deadline. Defendant Forbes Media, LLC consents to the requested belief. No other scheduled dates are impacted by this request.

Respectfully Submitted,

s/jameshfreeman/
James H. Freeman

*Counsel for Plaintiff*

---

GRANTED.  The above-captioned case will remain discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by September 7, 2021.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital on Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  SO ORDERED.

Date: 8/10/2021
New York, New York

Mary Kay Vyskocil
United States District Judge

Liebowitz Law Firm, PLLC